PRISONER CASE 



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** TIMOTHY FRAZIER, et al.

**Defendant(s):** ERIC WILSON, etc., et al.

**County of Residence:** U.S., Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
(SEE ATTACHED)

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL  60604

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**08CV2446
JUDGE KENDALL
MAG. JUDGE BROWN**

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 28:1331b

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham     **Date:** 04/29/2008

FILED
APR 29 2008
Apr 29 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

## PLAINTIFFS

Timothy Frazier
#09220-027
Manchester - FCI
P.O. Box 4000
Manchester, KY   40962

Nakia L. Coleman
2287 Pennsylvania Street
Gary, IN   46407