FILED CH

APR 2 9 2008 
Apr 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

# IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

Timothy FRAZIER
Plaintiff

v.

Eric Wilson, Warden
Defendant(s)

08CV2446
JUDGE KENDALL
MAG. JUDGE BROWN

JUDGE

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Timothy FRAZIER, declare that I am the ☒plaintiff ☐petitioner ☐movant (other________) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # 09220-027 Name of prison or jail: ________
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount: ________

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: n/A
   Name and address of employer: ________

   a. If the answer is "No":
      Date of last employment: Lake County Nursing & Rehab. Center
      Monthly salary or wages: $700.00
      Name and address of last employer: JANUARY 2002

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: ________
      Name and address of employer: ________

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ☒No
      Amount________ Received by________

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☑No
Amount__________ Received by__________

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☑No
Amount__________ Received by__________

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐Yes ☑No
Amount__________ Received by__________

e. ☐ Gifts or ☐ inheritances ☐Yes ☑No
Amount__________ Received by__________

f. ☐Any other sources (state source:__________) ☐Yes ☑No
Amount__________ Received by__________

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ☑No Total amount:__________
In whose name held:__________ Relationship to you:__________

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☑No
Property:__________ Current Value:__________
In whose name held:__________ Relationship to you:__________

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☑No
Address of property:__________
Type of property:__________ Current value:__________
In whose name held:__________ Relationship to you:__________
Amount of monthly mortgage or loan payments:__________
Name of person making payments:__________

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☑No
Property:__________
Current value:__________
In whose name held:__________ Relationship to you:__________

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☑No dependents
__________
__________

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: March 25th, 2008

Timothy Frazier
Signature of Applicant

Timothy Frazier
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account–prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Timothy Frazier, I.D.# 09220-027, has the sum of $ 202.12 on account to his/her credit at (name of institution) Metropolitan Correctional Center Chicago, IL 60605. I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average monthly deposit was $ 405.88. (Add all deposits from all sources and then divide by number of months).

April 1, 2008
DATE

Diamond
SIGNATURE OF AUTHORIZED OFFICER

J. Diamond, Cashier/Accounting Technician
(Print name)

Metropolitan Correctional Center
71 W Van Buren Street
Chicago, IL 60605
312-322-0567

rev. 7/18/02

Date: 04/01/2008
Time: 8:09:29 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: CCC

**Start Date:** 10/01/2007
**End Date:** 04/01/2008
**Inmate Reg#:** 09220027
**Account Status:** All
**Institution:** All

Date: 04/01/2008
Time: 8:09:29 am

Facility: CCC

# Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**General Information**

| | | | |
|---|---|---|---|
| Inmate Reg#: | 09220027 | Living Quarters: | H01-011U |
| Inmate Name: | FRAZIER, TIMOTHY NATHANIE | Arrived From: | |
| Current Site Name: | Chicago MCC | Transferred To: | |
| Housing Unit: | CCC-H-A | Account Creation Date: | 1/24/2008 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | 01/28/2008 05:10:53 AM | 70100603 | | | Lockbox - CD | $151.75 | | $151.75 |
| CCC | 01/30/2008 01:11:10 PM | TFN0130 | | | Phone Withdrawal | ($5.00) | | $146.75 |
| CCC | 01/30/2008 05:31:58 PM | TFN0130 | | | Phone Withdrawal | ($46.00) | | $100.75 |
| CCC | 01/31/2008 03:05:05 PM | 33308908 | | | Western Union | $150.00 | | $250.75 |
| CCC | 01/31/2008 08:18:14 PM | TFN0131 | | | Phone Withdrawal | ($25.00) | | $225.75 |
| CCC | 02/01/2008 08:46:36 PM | TFN0201 | | | Phone Withdrawal | ($25.00) | | $200.75 |
| CCC | 02/03/2008 04:06:03 PM | 33309108 | | | Western Union | $150.00 | | $350.75 |
| CCC | 02/03/2008 09:24:42 PM | TFN0203 | | | Phone Withdrawal | ($50.00) | | $300.75 |
| CCC | 02/06/2008 09:02:46 AM | 115 | | | Sales | ($265.65) | | $35.10 |
| CCC | 02/06/2008 12:05:01 PM | 33309308 | | | Western Union | $60.00 | | $95.10 |
| CCC | 02/13/2008 12:54:04 PM | 190 | | | Sales | ($24.10) | | $71.00 |
| CCC | 03/01/2008 02:05:14 PM | 33311008 | | | Western Union | $100.00 | | $171.00 |
| CCC | 03/05/2008 07:34:14 AM | 4 | | | Sales | ($92.05) | | $78.95 |
| CCC | 03/08/2008 12:28:35 PM | TFN0308 | | | Phone Withdrawal | ($2.00) | | $76.95 |
| CCC | 03/08/2008 12:52:15 PM | TFN0308 | | | Phone Withdrawal | ($1.00) | | $75.95 |
| CCC | 03/10/2008 08:56:49 AM | TFN0310 | | | Phone Withdrawal | ($1.00) | | $74.95 |
| CCC | 03/11/2008 07:17:48 PM | TFN0311 | | | Phone Withdrawal | ($1.00) | | $73.95 |
| CCC | 03/11/2008 09:26:26 PM | TFN0311 | | | Phone Withdrawal | ($1.00) | | $72.95 |
| CCC | 03/12/2008 08:05:27 AM | 16 | | | Sales | ($47.65) | | $25.30 |
| CCC | 03/12/2008 09:27:17 AM | TFN0312 | | | Phone Withdrawal | ($1.00) | | $24.30 |
| CCC | 03/16/2008 08:12:16 PM | TFN0316 | | | Phone Withdrawal | ($5.00) | | $19.30 |
| CCC | 03/18/2008 08:04:52 PM | 33312208 | | | Western Union | $200.00 | | $219.30 |
| CCC | 03/19/2008 10:02:29 AM | 67 | | | Sales | ($10.90) | | $208.40 |
| CCC | 04/01/2008 06:01:17 AM | TFN0401 | | | Phone Withdrawal | ($3.00) | | $205.40 |
| CCC | 04/01/2008 07:32:23 AM | TFN0401 | | | Phone Withdrawal | ($5.00) | | $200.40 |
| | **Total Transactions:** | **25** | | | **Totals:** | **$200.40** | **$0.00** | |

Date: 04/01/2008
Time: 8:09:29 am

Facility: CCC

# Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 09220027 | Living Quarters: | H01-011U |
| Inmate Name: | FRAZIER, TIMOTHY NATHANIE | Arrived From: | |
| Current Site Name: | Chicago MCC | Transferred To: | |
| Housing Unit: | CCC-H-A | Account Creation Date: | 1/24/2008 |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | $200.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $200.40 |
| **Totals:** | **$200.40** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$200.40** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $811.75 | $611.35 | $120.77 | $219.30 | $135.96 | N/A | N/A |

This is an accurate statement of inmate Timothy Frazier's trust fund account. He arrived on January 24, 2008. His current telephone balance is $1.72. His average monthly deposit was $405.88.

J. Diamond, Cashier/Accounting Technician
Metropolitan Correctional Center, 71 W Van Buren Street, Chicago, IL 60605