MHN
FILED
MAY 8 2008
5-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Chicago Division

Timothy Frazier et al., : Motion for The
Plaintiff, : Appointment of
V. : Counsel
Eric Wilson, et al., :
Defendants, : Case No. 08C2446
: Judge Kendall

Motion

Pursuant to 28 U.S.C. 1915 (e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel, and is indigent. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are extremely complex, and the scientific

evidence will require significant research and investigation.

Wherefore, plaintiff's request that the court appoint counsel to this case.

_Timothy N Frazier_          _May 3, 08_
Plaintiff's signature          Date