# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2446 | **DATE** | July 9, 2008 |
| **CASE TITLE** | Timothy Frazier (#09220-027) vs. Eric Wilson, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of June 2, 2008, the court directed the plaintiff to: (1) either pay the $350.00 filing fee or file a properly completed application for leave to proceed *in forma pauperis*; and (2) submit an amended complaint, plus judge's and service copies. The plaintiff was forewarned that failure to comply within thirty days would be "construed as his desire not to proceed and will result in summary dismissal of this case." Nevertheless, over thirty days have elapsed and the plaintiff has failed to respond to the court's order. Accordingly, the case is terminated pursuant to Fed. R. Civ. P. 41(b).

**Docketing to mail notices.**

mjm